(95 South. 922)

TISON et al. v. ALABAMA MARBLE QUARRIES. (7 Div. 345.) (Supreme Court of Alabama. March 5, 1923.) Appeal from Circuit Court, Talladega County; A. P. Agee, Judge. Knox, Acker, Dixon & Sims, of Talladega, for appellants. Rushton & Crenshaw, of Montgomery, for appellee.

PER CURIAM. Errors confessed, and reversed and remanded by agreement.

.(95 South. 922)

TONEY et al. v. BURGESS. (8 Div. 499.) (Supreme Court of Alabama. Feb. 8, 1923.) Appeal from Circuit Court, Franklin County; Charles P. Almon, Judge. Travis Williams, of Russellville, for appellee.

PER CURIAM. Appeal dismissed.

(95 South. 922)

Ex parte WALKER. (8 Div. 520.) (Supreme Court of Alabama. Dec. 7, 1922. Rehearing Denied Jan. 18, 1923.) Certiorari to Court of Appeals. Wert & Hutson, of Decatur, for petitioner. Harwell G. Davis, Atty. Gen., opposed.

GARDNER, J. Petition of Jim Walker for certiorari to the Court of Appeals to review and revise the judgment and decision of said court in the case of Walker v. State, 95 South. 205. Writ denied.

(95 South. 923)

WILEY v. STATE. (8 Div. 470.) (Supreme Court of Alabama. Feb. 1, 1923. Appeal from Circuit Court, Lauderdale County; Charles P. Almon, Judge.

PER CURIAM. Appeal dismissed by appellant.

(96 South. 939)

WOOD et al. v. FOX HENDERSON & SONS. (4 Div. 63.) (Supreme Court of Alabama. June 7, 1923.) Appeal from Circuit Court, Pike County; Arthur B. Foster, Judge. W. L. & R. S. Parks, of Troy, for appellants. A. G. Seay, of Troy, for appellees.

PER CURIAM. Appeals dismissed.

(95 South. 923)

WORTHY et al. v. MATHEWS. (7 Div. 382.) (Supreme Court of Alabama. March 5, 1923.) Appeal from Circuit Court, Talladega County; A. P. Agee, Judge. Transferred from Court of Appeals. Riddle & Riddle, of Talladega, for appellants. Harrison & Stringer, of Talladega, for appellee.

PER CURIAM. Appeal dismissed.